IN THE DISTRICT COURT
STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT KENAI

Filed in the Trial Courts State of Alaska Third District at Kenai, Alaska
SEP 14 2017
Clerk of the Trial Courts
By ___ Deputy

Sharon L. Allen, Plaintiff )
)
vs. )
) 3KN-17-00795 CI
Wal-Mart Stores, Inc, Defendant )
)

## COMPLAINT

Comes now, Plaintiff, Sharon L. Allen, in her own person, to file this demand for damages from defendant, Walmart Stores, Inc. For personal injuries and in support thereof states as follows:

1) That the plaintiff is an adult citizen of the State of Alaska and is domiciled at 32460 Lakefront Dr., (P.O. Box 3538) Soldotna, Alaska 99669.

2) That the defendant, Walmart Stores, Inc. hereinafter referred to as "defendant, is a corporation doing business in the State of Alaska and owns/manages the premises located at 10096 Kenai Spur Hwy., Kenai, Alaska 99611.

3) That on or about September 14, 2015 the plaintiff was entering defendants Kenai store and did slip and fall on the damp/wet cement floor in the foyer/entryway, closest to the customer service area, causing severe and continuing injuries more fully explained later.

Sharon L. Allen
P.O. Box 3538
Soldotna, Alaska 99669
907-953-5609

Page 1 of 3

4) As a result of the failure of the defendant to keep the entryway dry the plaintiff sustained injuries to her person. These injuries include but are not limited to injury to the left hand causing weakness and pain if used, back pain, jaw pain, loosened and sensitized teeth, tooth loss, anxiety and other personal injuries.

5) Solely as a result of these injuries the plaintiff has incurred damages, including medical and dental expenses and loss of overall health, well being, vitality and confidence has been greatly impaired.

6 The aforementioned incident occurred aas a result of and was proximately caused by careless, negligent conduct of the defendant.

   a. Failing to properly dry the entryway and post the possibility of unsafe conditions and hazards for plaintiff and others

   b. Failure to maintain the entryway in safe condition anad inspect premises to assure safe conditions for [plaintiff and others.

   c. Failing to otherwise comply with applicable laws and regulations of the State of Alaska and applicable federal laws and regulations that may apply.

   d. Otherwise failing to exercise the degree of care required under the circumstances and being negligent.

As a result of the aforesaid conduct and breach of care of the defendant, Walmart Stores, Inc., the plaintiff sustained injuries, losses and damages more fully described above, without any negligence of the plaintiff contributing thereto.

Page 2 of 3

Therefore plaintiff demands judgment against the defendant in the amount of Three-hundred-seventy-five thousand dollars and zero cents ($375,000.00) together with interest and costs of the suit.

Plaintiff reserves the right to amend this complaint as necessary. Plaintiff believes the foregoing to be true to the best of her knowledge and belief and does respectfully submit this complaint.

Dated this 14th day of September, 2015.

Respectfully submitted 9/14/2017

*Sharon L. Allen* (signature)

Sharon L. Allen
p. o. Box 3538
Soldotna, Alaska 99669
907-953-5609

Page 3 of 3

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

Sharon L. Allen

        Plaintiff(s),

vs.

Wal-Mart Stores, Inc.

        Defendant(s).

CASE NO. 3KN- 17-00795 CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

**To Defendant:** Registered Agent- CT Corporation Reg. Agent Walmart Corp

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 125 Trading Bay Drive, Suite 100, Kenai, Alaska 99611-7717 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented), Sharon L. Allen whose address is: Po Box 3538 Soldotna, AK 99669.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courtrecords.alaska.gov/webdocs/forms/tf-955.pdf, to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

To: Plaintiff and Defendant

This case has been assigned to:

- ☐ Superior Court Judge Jennifer K. Wells
- ☐ Superior Court Judge Charles T. Huguelet
- ☒ Superior Court Judge Anna M. Moran
- ☐ District Court Judge Sharon S. Illsley
- ☐ _____

[SEAL]  10/26/17
Date

CLERK OF COURT
By: _____
Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit B
Page 4 of 4